UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS A. VAZQUEZ-DIAZ,

                Plaintiff,

-against-

JOHN DOE, WARDEN OF MCC/NY, *et al.*,

                Defendants.

22-CV-3315 (LTS)

CIVIL JUDGMENT

    Pursuant to the order issued May 3, 2022, dismissing the complaint,

    IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. *See* 28 U.S.C. § 1915(g). Plaintiff continues to be barred from filing any civil action under the *in forma pauperis* (IFP) statute while a prisoner unless Plaintiff is under imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    May 3, 2022
             New York, New York

                      /s/ Laura Taylor Swain
                         LAURA TAYLOR SWAIN
                      Chief United States District Judge